IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARCIA BERTRAND, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BMO BANKCORP, INC. f/k/a )<br>HARRIS BANKCORP, INC. )<br>)<br>Defendant. ) | Case No: 1:11-cv-05496<br><br>Hon. James B. Zagel |

**MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS
SETTLEMENT, CERTIFICATION OF RULE 23 SETTLEMENT CLASS,
CERTIFICATION OF FLSA COLLECTIVE ACTION SETTLEMENT CLASS
AND NOTICE OF PROPOSED SETTLEMENT AND FAIRNESS HEARING**

Plaintiff Marcia Bertrand ("Plaintiff"), on behalf of herself and all others similarly situated, moves this Court for an order granting preliminary approval of proposed class settlement, certification of Rule 23 settlement class, certification of FLSA collective action settlement, and notice of proposed settlement and fairness hearing.

In support of her motion, Plaintiff states as follows:

1. Plaintiff and Defendant BMO Bankcorp, Inc. ("Defendant") have agreed to settle this case. The parties now seek to begin the settlement approval process by seeking an order: (1) certifying a Rule 23 class regarding the state law claims for settlement purposes; (2) certifying an FLSA collective action class for settlement purposes; (3) preliminarily approving the proposed settlement; (4) approving the parties' proposed notice; (5) directing that notice be sent to the class members; and (6) setting a hearing within 90 days on whether the court should grant final approval of the settlement,

enter judgment, award attorneys' fees and expenses to Plaintiff's counsel, and approve the incentive award to Plaintiff.

2. Under the terms of the proposed settlement, Defendant has agreed to pay Plaintiff and other members of the Class their unpaid overtime wages plus a 40 percent premium. Defendant will pay Plaintiff and Class members a total of $17,175.02. Defendant's records establish that there are 74 Class members who are owed overtime wages. Defendant has agreed to pay the full amount owed each Class member as well as a 40 percent premium.

3. Additionally, Defendant has agreed to pay Plaintiff an incentive award of $1,000 for her contribution in initiating and prosecuting this action.

4. Finally, Defendant has agreed to pay Plaintiff's attorneys' fees of $41,014 and costs of $553.55, subject to reasonable additional time required to see the case to completion.

5. Because this settlement encompasses both an FLSA collective action and a Rule 23 class, Class members will be provided with a combined opt-in/opt-out Notice. The Notice will inform individual Class members the amount they will receive under the terms of the settlement. Class members will also receive a Claim Form. In order to participate in the settlement and receive the settlement payment, Class members must complete the Claim Form by (i) opting *in* to the FLSA collective action; (ii) not opting *out* of the Rule 23 class action; and (iii) releasing and waiving all claims covered by the Settlement Agreement. The Claim Form must be returned to the Settlement Administrator within 45 days after issuance of the Notice.

6. As set forth in the accompanying Memorandum of Law, preliminary approval of the proposed settlement, certification of a Rule 23 settlement class and FLSA collective action settlement class, and notice of proposed settlement and fairness hearing is warranted.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order (1) certifying a Rule 23 class regarding the state law claims for settlement purposes; (2) certifying an FLSA collective action class for settlement purposes; (3) preliminarily approving the proposed settlement; (4) approving the parties' proposed notice; (5) directing that notice be sent to the class members; and (6) setting a hearing within 90 days on whether the court should grant final approval of the settlement, enter judgment, award attorneys' fees and expenses to Plaintiff's counsel, and approve the incentive award to Plaintiff.

Dated: December 13, 2012　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Clinton A. Krislov

Clinton A. Krislov
Christopher M. Hack
KRISLOV & ASSOCIATES, LTD
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606
Tel.: (312) 606-0500
Firm ID No.: 91198